# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>              Plaintiff,                  )<br>                                                      )     8:07CR351<br>       vs.                                      )<br>                                                      )     ORDER<br>FREDRICK McINTYRE,               )<br>                                                      )<br>              Defendant.             )     | |

This matter is before the court on the motion [27] of Julie B. Hansen for leave to withdraw as counsel for the defendant due to a conflict of interest.  The motion will be granted and substitute counsel will be appointed.

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney and Appoint New Counsel [27] is granted,

2. That **Stuart J. Dornan** is appointed as attorney of record for the above-named defendant.

3. That the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

4. That the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Dornan.

**DATED May 22, 2008.**

                                                            **BY THE COURT:**

                                                            s/ F.A. Gossett
                                                            **United States Magistrate Judge**